AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

v.

**ANGEL ARMENDARIZ (5)**

FILED

2008 JUN 30 PM 4: 24

SOUTHERN DISTRICT OF CALIFORNIA

BY ____ _VWH_ ____ DEPUTY

## WARRANT FOR ARREST

**CASE NUMBER:**

08 mj 1855

To:    The United States Marshal
and any Authorized United States Officer

ANGEL ARMENDARIZ

_____
Name

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

In violation of Title _____ 18 _____ United States Code, _____ § 1343 _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | 6-13-08 @ San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at
$ no bail pending first appearance          by

PETER C. LEWIS
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at San Diego FBI office |
| 9797 Aelo Dr. San Diego CA |

| DATE RECEIVED 6/13/08 | NAME AND TITLE OF ARRESTING OFFICER MOUSA N. Rahib | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/24/08 | Special Agent IRS-CI | |