```
                            FILED
                        08 JUL 15 PM 2:49
                        CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA

                        BY:  OWD           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>RAFAEL SANTIAGO (1),<br>ABNER BETECH (2),<br>SAID BETECH (3),<br>AVIVA BETECH (4),<br>ANGEL ARMENDARIZ (5),<br>LUCETTE MONTANE (6),<br><br>          Defendants. | Case No. 08MJ1855<br><br>ORDER PERMITTING DISCLOSURE OF SEARCH WARRANT AND GRAND JURY MATERIAL, AND PROTECTIVE ORDER<br><br>Judge:    Honorable Nita L. Stormes |

      Upon motion of the United States of America, pursuant to Federal Rules of Criminal Procedure ("Rules") 6(e)(2)(B) and 6(e)(3)(E)(i) pertaining to disclosure of grand jury materials; Rule 16(d)(1) pertaining to regulation of criminal discovery; and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514") pertaining to privacy matters, IT IS HEREBY ORDERED, as follows:

1. The Government may provide defense counsel for Defendants RAFAEL SANTIAGO (1), ABNER BETECH (2), SAID BETECH (3), AVIVA BETECH (4), ANGEL ARMENDARIZ (5), and LUCETTE MONTANE (6) (collectively, "Defendants") with grand jury testimony and materials subpoenaed by the grand jury as necessary to satisfy its discovery obligations;

2. The Government is authorized to produce to Defendants a copy of any of the sealed search warrants and affidavits in this case as necessary to satisfy its discovery obligations including 08MJ1853 and 08MJ1854;

3. All documents and other materials produced by the United States in criminal discovery in this case are for use by defense counsel, and any person engaged or consulted by defense counsel, for any purpose that is reasonably related to the preparation of this case for trial (including, but not limited to, investigating the facts and preparing for pre-trial and post-trial motions) and any appeals of this matter; and

4. To the extent that any of the criminal discovery materials contain any individual's personal information, within the meaning of General Order No. 514, any filing referencing or containing said material must be redacted in a manner consistent with said General Order.

**IT IS SO ORDERED.**

DATED: 7-15-08

Hon. NITA L. STORMES
United States Magistrate Judge